BEFORE THE SECOND DIVISION, JANUARY 6, 1966

**No. 69732.**—Varco, Inc. *v.* United States, protest 63/21032 (New York).

Opinion by RAO, C.J.   In accordance with stipulation of counsel that the merchandise consists of electric food grinding machines, composed in chief value of metal, having as an essential feature an electrical element or device, and that the issues involved herein are analogous to those in *Bruce Duncan Company, a/c Sims-Worms* v. *United States* (45 Cust. Ct. 85, C.D. 2202), and *United States* v. *Electrolux Corporation* (46 CCPA 143, C.A.D. 718), the claim of the plaintiff was sustained.

**No. 69733.**—Gosho Trading Company, Inc. *v.* United States, protest 65/9650–122 (Chicago).

Opinion by FORD, J.   An examination of the papers in the case showing that the protest was not filed within the 60-day period provided by section 514, Tariff Act of 1930, the protest was dismissed as untimely.